# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT TUESDAY, DECEMBER 1, 2015
## AT 1:30 P.M.

(Before, Chief Justice Brian Quinn, Justice James T. Campbell, Justice Patrick A. Pirtle)


**07-15-00060-CV**   Jody James Farms, JV v. The Altman Group,   Floyd County
                     Inc. and Laurie Diaz

                     JENKINS, WAGNON & YOUNG, P.C.            O/A Requested
                       (Jody D. Jenkins) – Appellant

                     FIELD, MANNING, STONE, HAWTHORNE         O/A Requested
                       & AYCOCK, P.C.  (Anna McKim, J. Paul
                       Manning) – Appellees



**07-15-00102-CV**   Ronald Whittington and Mary Whittington   Potter County
                     v. Jay Green and Connie Green

                     SELL GRIFFIN MCLAIN P.C.                 O/A Requested
                       (Kerry McLain) – Appellants


                     BURDETT MORGAN WILLIAMSON               O/A Requested
                       & BOYKIN, LLP
                       (Wyatt L. Brooks, Lewis Coppedge)
                       – Appellees